# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

PRIME PROPERTY & CASUALTY INSURANCE, INC.,

Appellant,

v.

JULIANNE GARISTO, as personal representative of the Estate of Chris Woodrow Raines, deceased; and DOUGLAS B. STALLEY, as personal representative of the Estate of David Wayne Bailey, deceased,

Appellees.

No. 2D2025-1113
_____

January 30, 2026

Appeal from the Circuit Court for Hillsborough County; Helene L. Daniel, Judge.

Elizabeth K. Russo and Paulo R. Lima of Russo Lima Appellate Firm, P.A., Miami, for Appellant.

Scott A. Arthur and Joseph F. Diaco, Jr., Tampa, for Appellee Julianne Garisto.

Raymond T. Elligett, Jr., of Buell, Elligett, Farrior & Faircloth, Tampa, for Appellee Douglas B. Stalley.


PER CURIAM.

Affirmed.

SILBERMAN, ATKINSON, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.